ERIN J. RADEKIN
Attorney at Law - SBN 214964
428 J Street, Suite 350
Sacramento, California 95814
Telephone: (916) 446-3331
Facsimile: (916) 447-2988

Attorney for Defendant
THOMAS KEYS

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>THOMAS KEYS,<br><br>　　　　　Defendant. | Case No. 09-CR-0422-03 WBS<br><br>**STIPULATION AND [PROPOSED] ORDER TO DISMISS PETITION RE VIOLATION OF PROBATION AND VACATE HEARING** |

## STIPULATION

On January 30, 2012, Mr. Keys appeared before the Honorable William B. Shubb for initial appearance on a petition regarding violation of his probation, filed by his probation officer, Garey White. By the time of the initial appearance Mr. Keys had come into full compliance with his probation conditions and Mr. White indicated that it was his request that the matter be continued to allow Mr. Keys to demonstrate continued compliance for a longer period of time. Hence, at this initial appearance the parties asked that the case be continued for admit/deny hearing on April 2, 2012, with the understanding that, if Mr. Keys remained fully compliant with his probation conditions until that date the petition would be dismissed and the admit/deny hearing vacated.

Mr. White reports that Mr. Keys has been fully compliant with the conditions of his probation and, based on his good conduct and continued compliance, he has no opposition to dismissal of the petition. Assistant United States Attorney Jean Hobler likewise concurs with this

action, and moves to dismiss the petition. The parties thus stipulate that the petition be dismissed and the admit/deny hearing of April 2, 2012 be vacated. The court is advised that Ms. Hobler has authorized Ms. Radekin to sign this stipulation on her behalf.

Accordingly, the parties respectfully request that the Court adopt the proposed stipulation.

IT IS SO STIPULATED

Dated: March 30, 2012  
BENJAMIN WAGNER  
United States Attorney

By: /s/ Jean Hobler  
JEAN M. HOBLER  
Assistant United States Attorney

Dated: March 30, 2012  
/s/ Erin J. Radekin  
ERIN J. RADEKIN  
Attorney for Defendant  
THOMAS KEYS

### ORDER

Good cause appearing and for the reasons stated in the stipulation of the parties, and on the basis of the Government's motion to dismiss the petition, the petition re violation of probation is hereby DISMISSED and the admit/deny hearing of April 2, 2012 at 9:30 a.m. is hereby VACATED.

IT IS SO ORDERED.

Dated: March 30, 2012

WILLIAM B. SHUBB  
UNITED STATES DISTRICT JUDGE