Michael E. Hansen
Attorney at Law, SBN 191737
711 Ninth Street, Suite 100
Sacramento, CA 95814
916.438.7711 FAX 916.864.1359

Attorney for Defendant
JARMAL DUPLESSIS

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                     Plaintiff,<br><br>   vs.<br><br>JARMAL DUPLESSIS,<br><br>                 Defendant. | No. 2:09-CR-00422 WBS<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE ADMIT/DENY HEARING, AND TO EXCLUDE TIME PURSUANT TO THE SPEEDY TRIAL ACT** |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Jean Hobler, Assistant United States Attorney, attorney for plaintiff, and Michael Hansen, attorney for defendant Jarmal Duplessis, that the previously-scheduled admit/deny hearing date of November 19, 2012, be vacated and the matter set for an admit/deny hearing on January 7, 2013, at 9:30 a.m.

This continuance is requested to allow counsel additional time to review the case with the defendant, to examine possible defenses and to continue investigating the facts of the case.

The Government concurs with this request.

Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

IT IS SO STIPULATED.

Dated: November 16, 2012                           Respectfully submitted,

                                        /s/ Michael E. Hansen
                                        MICHAEL E. HANSEN
                                        Attorney for Defendant
                                        JARMAL DUPLESSIS

**Stipulation and [Proposed] Order to Continue Admit/Deny Hearing**

Dated: November 16, 2012                    BENJAMIN B. WAGNER
                                            United States Attorney

                                            By: /s/ Michael E. Hansen for
                                            JEAN HOBLER
                                            Assistant U.S. Attorney
                                            Attorney for Plaintiff


## ORDER

      The Court orders that the November 19, 2012, admit/deny hearing shall be continued until January 7, 2013, at 9:30 a.m.

      **IT IS SO ORDERED**.

Dated:         November 16, 2012

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

**Stipulation and [Proposed] Order to Continue Admit/Deny Hearing**