1  Michael E. Hansen
   Attorney at Law, SBN 191737
2  711 Ninth Street, Suite 100
   Sacramento, CA  95814
3  916.438.7711 FAX 916.864.1359

4  Attorney for Defendant
   JARMAL DUPLESSIS

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>JARMAL DUPLESSIS,<br><br>                Defendant. | No. 2:09-CR-00422 WBS<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE DISPOSITION HEARING, AND TO EXCLUDE TIME PURSUANT TO THE SPEEDY TRIAL ACT** |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Jean Hobler, Assistant United States Attorney, attorney for plaintiff, and Michael Hansen, attorney for defendant Jarmal Duplessis, that the previously-scheduled disposition hearing date of January 28, 2013, be vacated and the matter set for disposition hearing on March 4, 2013, at 9:30 a.m.

This continuance is requested to allow counsel additional time to have the defendant interviewed by Probation to determine if he qualifies for a re-entry program.

The Government concurs with this request.

Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

IT IS SO STIPULATED.

Dated:  January 24, 2013                              Respectfully submitted,

                                                                      /s/ Michael E. Hansen
                                                                      MICHAEL E. HANSEN
                                                                      Attorney for Defendant
                                                                      JARMAL DUPLESSIS

Dated: January 24, 2013

BENJAMIN B. WAGNER
United States Attorney

By: /s/ Michael E. Hansen for
JEAN HOBLER
Assistant U.S. Attorney
Attorney for Plaintiff

**ORDER**

The Court orders that the January 28, 2013, disposition hearing shall be continued until March 4, 2013, at 9:30 a.m.

**IT IS SO ORDERED**.

Dated: January 24, 2013

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

**Stipulation and [Proposed] Order to Continue Disposition Hearing**